UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLAUDIA SMALBEIN and
EDWARD A. MILLIS as
co-personal representatives
of the Estate of PAUL SMALBEIN,

CASE NO.: 6:99-CV 1676-ORL-19DAB

    Plaintiff,

vs.

CITY OF DAYTONA BEACH,
OFFICER GARY A. SAULT (SAULT),
OFFICER T.A. PERKINS (PERKINS),[1]
individually and in their official capacity,
OFFICER DAVID M. WILLIS (WILLIS),
OFFICER BRUCE M. MCBRIDE (MCBRIDE),
individually

    Defendants.
_____/

### JOINT NOTICE OF SETTLEMENT OF ALL ISSUES EXCEPT FOR THE ISSUES OF PLAINTIFF'S ENTITLEMENT TO AND REASONABLE AMOUNT OF ATTORNEY FEES AND TAXABLE COSTS

The parties have settled all issues in this case except for the following issues which remain for determination by the Court:

1. Plaintiff's entitlement to attorney's fees under the theories of recovery alleged in the most recently filed Complaint;

2. If Plaintiff is entitled to attorney's fees, the reasonable amount to be awarded; and

3. Taxable costs.

The parties agree that this matter may be referred to the U.S. Magistrate assigned to this case

---

[1] Defendants County of Volusia, Deputy Daniel Rau, Deputy Ronald Gillis and Deputy William McCelland have been removed from the case style pursuant to the Joint Stipulation of Voluntary Dismissal filed with this court on March 12, 2002.

for prompt determination by evidentiary hearing.

The parties agree to make good faith efforts to stipulate to a reasonable amount of fees before such hearing.

WHEREFORE, the parties request this case be removed from the May trial docket as all issues have been resolved except for the remaining issues pertaining to fees and costs which remain for determination by the Court.

Dated: 4-25-02

_Frederick C. Morello_

Frederick C. Morello, Esquire
FREDERICK C. MORELLO, P.A.
Florida Bar No.: 0714933
Deborah M. Hallisky, Esq.
Florida Bar No.: 0226180
P.O. Box 1007
118 Orange Ave.
Daytona Beach, FL 32115
(386) 252.0754
Fax (386) 252.0921
Attorneys for Plaintiff

Jeffrey K. Green, Esquire
KATZ & GREEN
Florida Bar No.: 0829307
Atrium Suite
B. Paul Katz Professional Center
1 Florida Park Drive South
Palm Coast, FL 32137
(386) 446.4469
Fax (386) 446.1329
Attorneys for SAULT and PERKINS

_R. Matthews Miles, Jr._

R. Matthews Miles, Jr., Esquire
R. MATTHEWS MILES, JR. & ASSOCIATES
Florida Bar No.: 0470422
433 Silver Beach Avenue, Ste 201
Daytona Beach, FL 32118
(386) 255.5581
Fax (386) 252.5582
Attorneys for CITY, WILLIS ad MCBRIDE

for prompt determination by evidentiary hearing.

The parties agree to make good faith efforts to stipulate to a reasonable amount of fees before such hearing.

WHEREFORE, the parties request this case be removed from the May trial docket as all issues have been resolved except for the remaining issues pertaining to fees and costs which remain for determination by the Court.

Dated: 4-25-02

_____
Frederick C. Morello, Esquire
FREDERICK C. MORELLO, P.A.
Florida Bar No.: 0714933
Deborah M. Hallisky, Esq.
Florida Bar No.: 0226180
P.O. Box 1007
118 Orange Ave.
Daytona Beach, FL 32115
(386) 252.0754
Fax (386) 252.0921
Attorneys for Plaintiff

_____
Jeffrey K. Green, Esquire
KATZ & GREEN
Florida Bar No.: 0829307
Atrium Suite
B. Paul Katz Professional Center
1 Florida Park Drive South
Palm Coast, FL 32137
(386) 446.4469
Fax (386) 446.1329
Attorneys for SAULT and PERKINS

_____
R. Matthews Miles, Jr., Esquire
R. MATTHEWS MILES, JR. & ASSOCIATES
Florida Bar No.: 0470422
433 Silver Beach Avenue, Ste 201
Daytona Beach, FL 32118
(386) 255.5581
Fax (386) 252.5582
Attorneys for CITY, WILLIS ad MCBRIDE