UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLAUDIA SMALBEIN and
EDWARD A. MILLIS as
co-personal representatives
of the Estate of PAUL SMALBEIN,

    Plaintiff,

vs.

CITY OF DAYTONA BEACH,
OFFICER GARY A. SAULT (SAULT),
OFFICER T.A. PERKINS (PERKINS),[1]
individually and in their official capacity,
OFFICER DAVID M. WILLIS (WILLIS),
OFFICER BRUCE M. MCBRIDE (MCBRIDE),
individually

    Defendants.
_____/

CASE NO.: 6:99-CV 1676-ORL-19DAB

GRANTED and SO ORDERED this
19th day of June, 2002
/s/ Patricia C. Fawsett
PATRICIA C. FAWSETT
United States District Judge

## JOINT NOTICE OF SETTLEMENT AND JOINT MOTION TO AMEND COURT ORDER DATED MAY 15, 2002 TO INCORPORATE THE FINAL SETTLEMENT AGREEMENT

The parties have settled all issues in this case, except for entitlement to and reasonable amount of attorneys' fees, if any, and reached agreement pursuant to the terms of the enclosed Final Settlement Agreement. Consequently, the parties, jointly and through their undersigned counsel, respectfully request this Court modify its Order of Dismissal Without Prejudice dated May 15, 2002, to incorporate by reference the specific terms of the Settlement Agreement and to retain jurisdiction for the enforcement of those terms.

_____

[1] Defendants County of Volusia, Deputy Daniel Rau, Deputy Ronald Gillis and Deputy William McCelland have been removed from the case style pursuant to the Joint Stipulation of Voluntary Dismissal filed with this court on March 12, 2002 as a result of a settlement.

WHEREFORE, the parties jointly request this Court enter an amended Order of Dismissal Without Prejudice incorporating the Final Settlement Agreement attached hereto and retaining jurisdiction to enforce its terms.

_____
Frederick C. Morello, Esquire
FREDERICK C. MORELLO, P.A.
Florida Bar No.: 0714933
P.O. Box 1007
118 Orange Ave.
Daytona Beach, FL 32115
(386) 252.0754
Fax (386) 252.0921
Attorneys for Plaintiff

_____
Jeffrey K. Green, Esquire
KATZ & GREEN
Florida Bar No.: 0829307
B. Paul Katz Professional Center
1 Florida Park Drive South
Palm Coast, FL 32137
(386) 446.4469
Fax (386) 446.1329
Attorney for SAULT and PERKINS

_____
Matthews Miles, Jr., Esquire
MATTHEWS MILES & ASSOCIATES
Florida Bar No.: 0470422
433 Silver Beach Avenue, Ste 201
Daytona Beach, FL 32118
(386) 255.5581
Fax (386) 252.5582
Attorney for CITY, WILLIS ad MCBRIDE

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing on this __12__ day of June 2002, by the indicated method to the following:

R. Matthews Miles, Esq.  
R. Matthews Miles & Associates  
433 Silver Beach Ave., Ste. 201  
Daytona Beach, FL 32118

☑ U.S. Mail  
☐ Facsimile  
☐ Registered/Certified Mail  
☑ Hand Delivery

Jeffrey K. Green, Esq.  
B. Paul Katz Professional Center  
1 Florida Park Drive South  
Palm Coast, FL 32137

☑ U.S. Mail  
☐ Facsimile  
☐ Registered/Certified Mail  
☑ Hand Delivery

_Frederick C. Morello_  
Frederick C. Morello, Esq.  
Florida Bar No.: 0714933  
FREDERICK C. MORELLO, P.A.  
Deborah M. Hallisky, Esq.  
Florida Bar No.: 0226180  
P.O. Box 1007  
118 Orange Ave.  
Daytona Beach, FL 32115  
(386) 252-0754  
(386) 252-0921 Fax  
Attorneys for Plaintiff

## MUTUAL COMPLETE RELEASE OF CLAIMS

For and in consideration of the payment of $25,000.00 by the City of Daytona Beach to Claudia Smalbein and Edward A. Millis, as co-personal representatives of the estate of Paul Smalbein, on behalf of the estate and all survivors (hereinafter "Smalbein").

Smalbein hereby forever releases and discharges Officer Gary Sault, Officer T. A. Perkins, Officer Davis Willis, Officer Bruce McBride (all the foregoing in their individual and official capacities), the City of Daytona Beach, and their past and present agents, servants, representatives, elected officials, attorneys, and their successors, legal representatives and assigns (all the aforementioned individuals and entities are hereinafter referred to as "Releasees"), from any and all claims, actions, causes of action, demands, rights damages, losses, loss of services, lost profit or income claim, punitive damage claim, and any other claim or loss whatsoever that Smalbein now has or which may hereafter accrue on account of or in anyway growing or arising out of (directly or indirectly) any claim against Releasees arising out of the arrest and detention of Paul Smalbein at anytime, or otherwise growing or arising out of any of the facts, circumstances, or allegations as set forth in any complaint filed in the United States District Court, Middle District of Florida, Orlando Division, Case Number 6:99-CV 1676-ORL-19DAB. This release, however, does not include any claim that Smalbein or Frederick C. Morello, P.A. may have for attorney fees and costs which are more specifically set forth below.

The parties stipulate and agree that they will litigate whether Frederick C. Morello, P.A. and/or Smalbein are entitled to collect attorney fees and costs under the causes of action pled in the most recent complaint filed in the pending litigation (referenced above). The parties stipulate that the issue of entitlement to attorney fees and costs will be submitted to the Federal Court to determine

whether Frederick C. Morello, P.A. or Smalbein would be entitled to collect attorney fees and costs under the causes of action last pled in the lawsuit and the parties further stipulate to an evidentiary hearing on the causes of action last pled to determine their merit, or lack thereof, to determine the issues of Plaintiff's entitlement to attorneys fees. If the Federal Court determines that Frederick C. Morello, P.A. or Smalbein are entitled to collect attorney fees and costs, the Federal Court will also determine the amount unless the parties stipulate to an amount before the entitlement hearing. The Plaintiff has agreed to limit said attorney fees to no more than $80,000.00 for the trial court award if this settlement is approved and only the fee issues remain. There will be no such fee limitation if an appeal is filed.

The parties hereby agree that this matter can be heard either by the District Court Judge, or alternatively the Federal Magistrate Judge. The parties have requested that the matter be submitted to the Magistrate Judge, but either will be acceptable as the Court prefers. The parties further agree that at the trial/evidentiary hearing regarding entitlement to attorney fees and costs, the parties can present evidence either through witness testimony or deposition testimony. A jury trial is waived by both sides.

If for any reason the Federal Court refuses to hear the issues of entitlement to attorney fees and costs and/or amount, then the parties agree the matter will be dismissed without prejudice, and subsequently will be re-filed in State Court in Daytona Beach. Defendants will waive the statute of limitations defense. The State Court Case would similarly be limited to a determination of entitlement to attorney fees and costs and amount for issues raised in the Plaintiff's last Amended Complaint Case No.:6:99-CV 1676-ORL-19DAB if either or both of those issues was not resolved in the Federal Court.

Moreover, Releasees agree that they will not pursue any sort of claim against Smalbein, nor will they pursue any sort of claim against Smalbein for anything that has occurred before the signing of this release. Releasees hereby agree that they release and discharge Smalbein in the same manner that Smalbein has released and discharged Releasees as set forth above.

As a further consideration and inducement for this compromise settlement, Smalbein warrants that there are no outstanding physician, hospital, or other medical bills which were incurred as a result of the aforementioned incident, or if there are any such medical bills outstanding, that those medical bills will be paid, satisfied, and discharged from the settlement proceeds. Smalbein further represents and warrants that the undersigned agree to indemnify, defend, and save harmless Releasees from any and all claims, judgments, demands, or expenses whatsoever which any physician, health care provider, hospital, governmental agency, Blue Cross/Blue Shield, insurance company, medicare, medicaid, HMO, or anyone else may hereafter bring or assert on account of any injury or damage resulting from the subject matter of the contentions and claims above mentioned.

The parties specifically agree that the payment to the undersigned is not an admission of guilt on the part of any person or organization released. The above recited consideration is the full, complete, and entire consideration for this release. As to any suit or action against those released herein, this release shall be a complete and conclusive defense.

This settlement is subject to approval of the Daytona Beach City Commission. If the City Commission does not approve the settlement, then the parties will file a joint motion to the federal court advising that the matter has not been settled, and further request this court to place the case back on the trial docket. If the federal court refuses to do so, the parties agree that the pending federal court case will be dismissed, that the matter will be re-filed in state court for determination

of all issues and all statute of limitation defenses would be waived. The parties agree that the matter will be set for trial as quickly as possible by the state court judge, and will submit a joint motion that the <u>case</u> be set as soon as practicable on the state court judge's docket.

**THIS RELEASE IS A FULL AND COMPLETE RELEASE** of all those named herein and their successors, legal representatives, and assigns, as to all claims. This entire release has been read by the undersigned, and its tenor and effect is understood by the undersigned. The above sets forth the entire agreement between those released and the undersigned.

Signed this 9th day of May, 2002 in Daytona Beach, Florida.

Signed in the presence of:

Witness: _____

Witness: Kay Bridges

Witness: _____

Witness: Kay Bridges

_____
**CLAUDIA SMALBEIN** individually and as personal representative of Paul Smalbein

_____
**EDWARD MILLS** as co-personal representative of the estate of Paul Smalbein

The execution and delivery of this document is approved this 9th day of May 2002.

_____
**FREDERICK C. MORELLO, ESQ.**
Attorney for the Plaintiff

4

Date Printed: 06/20/2002

Notice sent to:

    \_\_\_ R. Matthews Miles Jr., Esq.
    Miles & Green
    433 Silver Beach Ave.
    Suite 201
    Daytona Beach, FL   32118

    \_\_\_ Norman Waara, Esq.
    Miles & Green
    433 Silver Beach Ave.
    Suite 201
    Daytona Beach, FL   32118

    \_\_\_ Jeffrey K. Green, Esq.
    Law Offices of Katz & Green
    B. Paul Katz Professional Center
    1 Florida Park Dr. S., Atrium Suite
    Palm Coast, FL   32137

    \_\_\_ L. Roland Blossom, Esq.
    Volusia County Legal Department
    123 W. Indiana Ave.
    Deland, FL   32720-4613

    \_\_\_ Frederick C. Morello, Esq.
    Frederick C. Morello, P.A.
    118 Orange Ave.
    P.O. Box 1007
    Daytona Beach, FL   32115

    \_\_\_ Azim F. Saju, Esq.
    Frederick C. Morello, P.A.
    118 Orange Ave.
    P.O. Box 1007
    Daytona Beach, FL   32115

    \_\_\_ Andrew C. Gust, Esq.
    Frederick C. Morello, P.A.
    118 Orange Ave.
    P.O. Box 1007
    Daytona Beach, FL   32115

*NW 6-20-02*