# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CLAUDIA SMALBEIN and
EDWARD A. MILLIS as
co-personal representatives
of the Estate of PAUL SMALBEIN,

      Plaintiff,

vs.                                     CASE NO. 6:99-CV-1676-ORL-19DAB

CITY OF DAYTONA BEACH,

      Defendant.

## ORDER

This case was considered by the Court on Joint Notice of Settlement (Doc. No. 165, filed April 20, 2005). Upon consideration, this cause is **DISMISSED,** subject to the right of any party to reopen the action within thirty (30) days upon good cause shown, or to submit a notice of voluntary dismissal with prejudice or to submit a stipulated form of final judgment.

**DONE AND ORDERED** at Orlando, Florida, this   25th   day of April, 2005.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
All Counsel of Record