UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:99-CV 1676-ORL-18-A

CLAUDIA SMALBEIN, as co-personal representative
of the Estate of Paul Smalbein,
EDWARD MILLIS, as co-personal representative
of the Estate of Paul Smalbein,

            Plaintiffs,

v.

CITY OF DAYTONA BEACH, GARY A. SAULT,
Officer, T.A. PERKINS, Officer, individually
and in their official capacity, DAVID M. WILLIS,
Officer, BRUCE M. MCBRIDE, Officer, individually,

            Defendant.
_____/

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiffs, CLAUDIA SMALBEIN AND EDWARD MILLIS, as co-personal representatives of the Estate of Paul Smalbein, and the Defendant, City of Daytona Beach, jointly move this Court for an entry of a Stipulated Final Order For Dismissal With Prejudice, in the form attached hereto as Exhibit "A", thereby dismissing this cause with prejudice. As grounds therefore, the parties would show that this matter has been amicably settled between them.

| | |
|---|---|
| Dated: May 6, 2005 | Dated: May 6, 2005 |
| s/Frederick C. Morello | s/Bobby G. Palmer, Jr. |
| FREDERICK C. MORELLO | BOBBY G. PALMER, JR. |
| Fla. Bar No. 0714933 | Fla. Bar No. 398380 |
| Frederick C. Morello, P.A. | Hilyard, Bogan & Palmer, P.A. |
| Post Office Box 1007 | Post Office Box 4973 |
| Daytona Beach, FL 32115-1007 | Orlando, FL 32802 |
| (386) 252-0754 | (407) 425-4251 |
| Attorney for Plaintiffs, | Attorney for Defendant, City of Daytona |
| Claudia Smalbein, Edward Mills | |
| as Co-Personal Representatives | |
| of the Estate of Paul Smalbein | |